IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: WDQ-09-0287 |
| TAURUS WIGGINS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OPINION

On August 31, 2011, a jury convicted Taurus Wiggins of conspiracy to distribute and possess with intent to distribute heroin, in violation of 21 U.S.C. 846. For the reasons stated in the Court's March 1, 2011, Memorandum Opinion (ECF No. 250 at 11-13), Wiggins's *pro se* Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 302) was denied.

11/3/11
Date

William D. Quarles, Jr.
United States District Judge